1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY DARNELL SMITH,<br><br>   Petitioner,<br><br> v.<br><br>DEBBIE ASUNCION, Warden,<br><br>   Respondent. | Case No. CV 16-2684 R (SS)<br><br><br>**JUDGMENT** |

 Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

 IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 7-19-16.

_____
MANUEL L. REAL
UNITED STATES DISTRICT JUDGE